No. 86–1593.   SHELL OIL CO. *v.* DEPARTMENT OF REVENUE OF FLORIDA.   Appeal from Sup. Ct. Fla.   Judgment vacated and

case remanded for further consideration in light of *Shell Oil Co. v. Iowa Dept. of Revenue, ante,* p. 19.